Jennifer Ishimoto, SBN 211845
Banie & Ishimoto LLP
2100 Geng Road, Suite 210
Palo Alto, CA 94303
Telephone: 408-981-9472
Fax: 650-241-2770
Email: ishimoto@banishlaw.com

Attorney for Plaintiff Heritage IP LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vector Licensing LLC,<br><br>      Plaintiff,<br><br>v.<br><br>Edimax Computer Company,<br><br>      Defendant. | CASE NO. 8:22-cv-2165-ADS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: February 7, 2023<br>Current Response Date: February 28, 2023<br>New Response Date: March 30, 2023 |

  WHEREAS, plaintiff Vector Licensing LLC ("Plaintiff") served its Complaint on defendant Edimax Computer Company ("Defendant") on February 7, 2023;

  WHEREAS, Defendant's response to Plaintiff's Complaint is currently due on February 28, 2023;

  WHEREAS, counsel for Plaintiff and Defendant met and conferred on February 17, 2023 and agreed that Plaintiff would request a thirty-day extension of time for Defendant to respond to Plaintiff's Complaint.

1  WHEREAS, this extension of time to respond is not sought for purposes of
2  delay, and cannot and will not be used directly or indirectly to prejudice any rights
3  of either party; and
4  WHEREAS, this extension of time will not alter any event or deadline already
5  fixed by the Court.
6  Accordingly, Plaintiff agrees to such extension and stipulates as follows:
7  That Defendant shall have up to and including March 30, 2023 to respond to
8  the Complaint.

10  **IT IS SO STIPULATED.**

Dated: February 22, 2023

Respectfully Submitted,

*/s/ Jennifer Ishimoto*
Jennifer Ishimoto (#211845)
**BANIE & ISHIMOTO LLP**
2100 Geng Road, Suite 210
Palo Alto, CA 94303
Telephone: (408) 981-9472
Email: ishimoto@banishlaw.com

**Attorney for Plaintiff Vector Licensing LLC**